PROB 12B
(7/93)

Report Date: September 10, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 16 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michelle Marie Ortiz             Case Number: 2:06CR02157-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 3/4/2008                Type of Supervision: Supervised Release

Original Offense: Possession of Stolen Mail and    Date Supervision Commenced: 3/4/2008
Aiding and Abetting, 18 U.S.C. §§ 1708 & 2

Original Sentence: Prison - 1 Month;               Date Supervision Expires: 3/3/2011
                   TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22    You shall complete 300 hours of community service work, at a not-for-profit site approved in advance by the supervising probation officer.

## CAUSE

The purpose of this petition is to request to modify special condition number 22. At the time of sentencing, Ms. Ortiz was ordered to complete 600 hours of community service work. Ms. Ortiz has since satisfied 300 of those hours.

Overall, Ms. Ortiz has been cooperative with her conditions of supervision. She reports as instructed and in a timely manner. She successfully completed drug and alcohol treatment and has abstained from drug and alcohol use. Ms. Ortiz has maintained steady employment at The Seasons in Yakima, Washington. She has also been making regular payment towards her restitution. About a year ago, Ms. Ortiz filed for custody of her second child. The state court found Ms. Ortiz to be a suitable parent and she was granted custody of her daughter, based on her progress in becoming a better parent.

This officer contacted the government regarding this officer's request to terminate the remaining 300 hours of community service work, however, they objected to the request. The government believes Ms. Ortiz was given a significant break at sentencing and did not deserve a break on her community service hours ordered.

Although the government does not agree in terminating the remaining 300 community service hours, this officer believes Ms. Ortiz has made significant progress and change in her life. Therefore, this officer respectfully requests special condition number 22 be modified as noted above.

Prob 12B
**Re: Ortiz, Michelle Marie**
**September 10, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/10/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✔]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

9/15/10
Date